IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

ANTHONY BAKER,
    Petitioner,

vs.                          Case No.: 3:16cv420/LAC/EMT

FLORIDA COMMISSION ON
OFFENDER REVIEW,
    Respondent.
_____/

## **O R D E R**

This cause comes on for consideration upon the chief magistrate judge's Report and Recommendation dated August 31, 2017 (ECF No. 19). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The chief magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Petitioner's petition for writ of habeas corpus (ECF No. 1) is **DENIED**.

3. A certificate of appealability is **DENIED**.

**DONE AND ORDERED** this 9th day of October 2017.

                                    s/*L.A. Collier*
                                    **LACEY A. COLLIER**
                                    **SENIOR UNITED STATES DISTRICT JUDGE**